IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
EMPLOYEE PENSION PLAN AND    )
TRUST FOR LOCAL UNION 52,    )
etc., and PLUMBERS AND       )
STEAMFITTERS LOCAL 52, etc., )
                             )
    Plaintiffs,              )
                             )  CIVIL ACTION NO.
    v.                       )     2:04cv340-T
                             )        (WO)
MVP, INC., a corporation,    )
                             )
    Defendant.               )
```

OPINION

This cause is before the court on plaintiffs Employee Pension Plan and Trust for Local Union 52 of the United Association of Journeyman and Apprentices of the Plumbing and Pipefitting Industry of the United States and Canada and its Trustees and Plumbers and Steamfitters Local 52 Health and Welfare Plan and its Trustees' motion for entry of a default judgment in the amount of $11,655.71, plus interest, penalties, and costs accrued until the date of judgment, against defendant MVP, Inc.

The record in this case reflects that MVP, Inc. was served with a copy of the summons and complaint; that it failed to respond to the summons and complaint within the time allowed; and that it has failed to respond to an order of this court to show cause as to why final judgment should not be entered against it.  Accordingly, this court is of the opinion that plaintiffs' motion for entry of default judgment should be granted and that judgment by default in the amount requested should be entered against MVP, Inc.

An appropriate judgment will be entered.

DONE, this the 2nd day of December, 2005.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE