IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
EMPLOYEE PENSION PLAN AND      )
TRUST FOR LOCAL UNION 52,      )
etc., and PLUMBERS AND         )
STEAMFITTERS LOCAL 52, etc.,   )
                               )
    Plaintiffs,                )
                               )   CIVIL ACTION NO.
    v.                         )      2:04cv340-T
                               )         (WO)
MVP, INC., a corporation,      )
                               )
    Defendant.                 )
```

JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiffs Employee Pension Plan and Trust for Local Union 52 of the United Association of Journeyman and Apprentices of the Plumbing and Pipefitting Industry of the United States and Canada and its Trustees and Plumbers and Steamfitters Local 52 Health and Welfare Plan

and its Trustees' motion for entry of default judgment (Doc. No. 10) is granted.

(2) Plaintiffs Employee Pension Plan and Trust for Local Union 52 of the United Association of Journeyman and Apprentices of the Plumbing and Pipefitting Industry of the United States and Canada and its Trustees and Plumbers and Steamfitters Local 52 Health and Welfare Plan and its Trustees shall have and recover $11,655.71, plus interest, penalties, and cost accrued until the date of judgment, from defendant MVP, Inc.

It is further ORDERED that costs are taxed against defendant MVP, Inc., for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 2nd day of December, 2005.

                              /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE